No. 80–1083.  BARNEY'S CLUB, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD, 451 U. S. 906;

No. 80–5775.  SPRAGGINS v. GEORGIA, 451 U. S. 921;

No. 80–5850.  BROOKS v. GEORGIA, 451 U. S. 921;

No. 80–5918.  LEACH v. GRECO, WARDEN, ET AL., 451 U. S. 972;

No. 80–5933.  HILL v. GEORGIA, 451 U. S. 923;

No. 80–5972.  RUHL v. ALABAMA STATE BAR, 451 U. S. 901;

No. 80–6030.  WILLIS v. BALKCOM, WARDEN, 451 U. S. 926;

No. 80–6285.  WHITELAW v. MWP LIMITED PARTNERSHIP, 451 U. S. 916;

No. 80–6327.  PIERCE ET AL. v. YOCHUM ET AL., 451 U. S. 973; and

No. 80–6330.  SEGARRA v. SEA-LAND SERVICE OF PUERTO RICO, INC., ET AL., 451 U. S. 973.  Petitions for rehearing denied.

No. 80–1360.  GENERAL ATOMIC CO. v. UNITED NUCLEAR CORP. ET AL., 451 U. S. 901.  Petition for rehearing denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–5992.  HUGHES v. HOPPER ET AL., 450 U. S. 933. Motion for leave to file petition for rehearing denied.

JUNE 11, 1981

No. 80–2078.  DAMES & MOORE v. REGAN, SECRETARY OF THE TREASURY, ET AL.  C. A. 9th Cir.  Motion of Sperry Corp. et al. for leave to file a brief as *amici curiae* granted. Motion of Bank Markazi Iran for leave to intervene granted. Motion of the Islamic Republic of Iran and the Atomic Energy Organization of the Government of Iran for leave to intervene as respondents granted.  Motion of the Solicitor